**IN RE: ADOPTION OF: BABY L.**

**1827 MDA 2016**

Superior Court of Pennsylvania.

05/11/2017

108–AD–2015 (Dauphin)

Affirmed

**IN RE: H.G. and J.G., Minor Children**

**2014 MDA 2016**

Superior Court of Pennsylvania.

05/11/2017

6520 (Lycoming)

Reversed/Remanded

**COM.**

v.

**BROWNLEE, R.**

**686 WDA 2016**

Superior Court of Pennsylvania.

05/11/2017

CP–33–CR–0000004–2014 (Jefferson)

Affirmed

**COM.**

v.

**WHITE, V.**

**738 WDA 2016**

Superior Court of Pennsylvania.

05/11/2017

CP–33–CR–0000147–2006 (Jefferson)

Affirmed

**COM.**

v.

**BIGGS, M.**

**3558 EDA 2015**

Superior Court of Pennsylvania.

5/12/2017

CP–51–CR–0015926–2013
(Philadelphia)

Affirmed

**COM.**

v.

**BROWN, R.**

**1348 EDA 2016**

Superior Court of Pennsylvania.

05/12/2017

CP–51–CR–0013828–2014,   CP–51–CR–
0013829–2014,   CP–51–CR–0013830–2014,

CP–51–CR–0013831–2014, CP–51–CR–0013834–2014, CP–51–CR–0013836–2014, CP–51–CR–0013837–2014 (Philadelphia)

Affirmed

■

**COM.**

v.

**GLUSHKO, A.**

**2387 EDA 2016**

Superior Court of Pennsylvania.

05/12/2017

CP–45–CR–0001053–2015 (Monroe)

Quashed

■

**COM.**

v.

**LAROCCO, J.**

**2452 EDA 2016**

Superior Court of Pennsylvania.

05/12/2017

CP–13–CR–0000743–2010 (Carbon)

Affirmed

■

**COM.**

v.

**DUNST, D.**

**2908 EDA 2016**

Superior Court of Pennsylvania.

05/12/2017

CP–39–CR–0002803–1995 (Lehigh)

Affirmed

**COM.**

v.

**NAUSS, R.**

**2947 EDA 2016**

Superior Court of Pennsylvania.

05/12/2017

CP–23–CR–0003770–1977 (Delaware)

Affirmed

**IN the INTEREST OF: N.B., a Minor**

**2952 EDA 2016**

Superior Court of Pennsylvania.

05/12/2017

CP–45–JV–0000171–2015, CP–45–JV–0000172–2015 (Monroe)

Affirmed

